**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF NEW HAMPSHIRE**

<u>Daniel E. Hall</u>

    v.                                Civil No. 08-cv-101-JL

<u>Kent A. Brooks, et al.</u>

**ORDER OF RECUSAL**

I hereby recuse myself from this case.

**SO ORDERED.**

                                 /s/ James R. Muirhead
                                 James R. Muirhead
                                 United States Magistrate Judge

Date: April 1, 2008

cc:   Daniel E. Hall, pro se