UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Daniel Hall</u>

    v.                                            Civil No. 08-cv-101-JL

<u>Brooks et al</u>


<u>O R D E R</u>

The motion to amend is granted.  No deadline to amend pleadings has yet been established due to the filing of dispositive motions.  The amendment appears to be corrective or clarifying in nature.  The objection does not allege prejudice, futility (except to the extent that it would address the amendment in an upcoming supplement to a dispositive motion), lack of diligence, or fraud.  The court finds no undue delay, bad faith, dilatory motive, inexcusable repetitious failure to cure deficiencies in previous amendments, undue prejudice, futility, fraud, or frivolity.  <u>See</u> Fed. R. Civ. P. 15; <u>Foman V. Davis</u>, 371 U.S 178, 182 (1962); <u>In re Rauh</u>, 119 F. 3d 46,52 (1st. Cir. 1997); <u>Executive Leasing Corp. v. Banco Popular</u>, 48 F. 3d 66,71 (1st. Cir. 1995).


                                        SO ORDERED


July 3, 2008                                  <u>*/s/ Joseph N. Laplante*</u>
                                                      Joseph N. Laplante
                                                      United States District Judge


cc:    Daniel Hall, Pro se
        Michael J. Connolly, Esq.
        Jean-Claude Sakellarios, Esq.
        John F. Bielagus, Esq.
        David I. Bailinson, Esq.
        John G. Cronin, Esq.
        Ralph Suozzo, Esq.
        Nancy J. Smith, Esq.